IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFREY KEMP,

        Plaintiff,               Case No. 24-cv-2633 JPG

v.

APRIL L. DAILY,

        Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/9/2026**                MONICA A. STUMP, Clerk of Court

                                                **s/ Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**